Determination confirmed, with fifty dollars costs and disbursements. Hill, P. J., Rhodes, Crapser and Heffernan, JJ., concur; Bliss, J., dissents.

EUGENE MILLER, an Infant, by NICHOLAS MILLER, His Guardian ad Litem, Respondent, v. WILLIAM MATTERN and Another, Appellants.— Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ. [149 Misc. 883.]

In the Matter of the Claim of JOHN G. DEGENFELDER, Appellant, against H. G. VOGEL COMPANY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.* — Decision affirmed. Hill, P. J., McNamee and Crapser, JJ., concur; Rhodes and Heffernan, JJ., dissent.

In the Matter of the Claim of PETER HOLZHEN, Respondent, against F. PFEFFER, Doing Business as AUDUBON EXPRESS AND VAN COMPANY, Respondent, and ÆTNA LIFE INSURANCE COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of SAMUEL HERSHOVITZ, Respondent, against DAVID LUPTONS SONS COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of FRANK WALSH, Respondent, against M. F. DOL-LARD and ÆTNA LIFE INSURANCE COMPANY, Appellants, and RENSSELAER WATER COMPANY and STATE INSURANCE FUND, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs to the appellants against the State Industrial Board, on the ground that the award improperly combines compensation for two unconnected injuries resulting from two distinct accidents,. each employer being concerned with only one of the accidents. If an award should hereafter be made against the appellants the proof here indicates that it should be a schedule award for percentage loss of use of the arm, and any award against non-appealing employer would be for reduced earnings. Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ., concur.

In the Matter of the Claim of ALFONSE CAVALERI, Respondent, against ABRA-HAM MAZOBITSKY, Respondent, and ALLIANCE CASUALTY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board against the appellant, on the authority of Matter of Lipshitz v. Hotel Charles (226 App. Div. 839; affd., 252 N. Y. 518). Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of CHARLES CONNELL, Respondent, against BERNARD E. SMITH and /or GERTRUDE D. SMITH, and Another, Appellants. STATE INDUS-TRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffer-nan, JJ.

In the Matter of the Claim of IRENE KOLIVAH, Respondent, against ACME FRUIT PACKING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board, on the ground that the evidence does not sustain the finding as to disability after January 22, 1932. Hill, P. J., McNamee and Crapser, JJ., concur; Rhodes and Heffernan, JJ., dissent and vote to affirm.

* Affd., 264 N. Y. 676.